# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 31, 2020

Mr. Dupree Rich
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

Re: Case No. 20-1986, *USA v. Dupree Rich*
Originating Case No. : 2:17-cr-20032-1

Dear Mr. Rich,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Julie Anne Connor
Case Manager
Direct Dial No. 513-564-7033

cc: Ms. Jeanine M. Brunson
　　Ms. Erin Lange Ramamurthy
　　Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 20-1986

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DUPREE RICH

    Defendant - Appellant

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by November 18, 2020

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                               **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 31, 2020